1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM ANTHONY BOND,                    Case No.  2:24-cv-1598-JDP (P)

12              Petitioner,

13         v.                                  ORDER TO SHOW CAUSE

14    SACRAMENTO COUNTY,

15              Respondent.

16

17         On November 14, 2024, the court notified petitioner that his petition failed to state a

18    claim. ECF No. 6.  The court granted petitioner thirty days to file an amended petition. *Id.*  To

19    date, petitioner has not done so.

20         To manage its docket effectively, the court imposes deadlines and requires litigants to

21    meet those deadlines.  The court may dismiss a case based on petitioner's failure to prosecute or

22    failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres.*

23    *Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our

24    sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at

25    least under certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has a

26    duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

27    *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

28         Petitioner will be given a final opportunity to explain why the court should not dismiss his

1

1  case for failure to file an amended petition.  Petitioner's failure to respond to this order will

2  constitute a failure to comply with a court order and will result in dismissal of this case.

3  Accordingly, petitioner must show cause within twenty-one days of the date of entry of this order

4  why the court should not dismiss his case for failure to state a claim, failure to prosecute, and

5  failure to comply with a court order.  Should petitioner wish to continue with this lawsuit, he shall

6  also file, within twenty-one days, an amended petition for writ of habeas corpus.

7
   IT IS SO ORDERED.
8

9
   Dated:    February 11, 2025    _____
10                                JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28